JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN GRAULICH,<br><br>PLAINTIFF(S) | CASE NUMBER<br><br>CV 11-2288-DMG (Ex |
| RABOBANK NATIONAL ASSOCIATION, ET AL.,<br><br>DEFENDANT(S). | **JUDGMENT ON THE VERDICT FOR DEFENDANT** |

    This action having been tried before the Court sitting with a jury, the Honorable Dolly M. Gee, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED that the plaintiff, MARILYN GRAULICH, take nothing; that the action be dismissed on the merits; and that the defendant, RABOBANK NATIONAL ASSOCIATION, recover its costs of action.

                                                 Clerk, U. S. District Court

Dated: October 30, 2012                By /s/ V.R. Vallery
                                            Deputy Clerk

At: Los Angeles, California

cc:    Counsel of record